UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:18-cr-00037-2

**United States of America**

v.

**Derek Ray Harrison**

# ORDER

This criminal action was referred to United States Magistrate Judge K. Nicole Mitchell pursuant to 28 U.S.C. § 636(b)(3). Judge Mitchell held a final revocation hearing on November 6, 2025, and issued a report and recommendation that defendant's term of supervised release should be revoked. Doc. 763. Defendant waived his right to object to the report, agreed to the revocation of his supervised release, agreed to the sentence below, and waived his right to be present for sentencing. Doc. 762.

Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. The court orders that the defendant be sentenced to a period of 6 months with no further supervised release.

*So ordered by the court on November 7, 2025.*

J. CAMPBELL BARKER
United States District Judge